UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YONAY SERNA ROSALES, | ) | No. EDCV 13-1123 JVS (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| DAVID LONG, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 21, 2014

_____
JAMES V. SELNA
United States District Judge